IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                                          2:19-cr-85

Wayne Hamler

## ORDER

On August 22, 2019, this court accepted the defendant's plea of guilty to Count 1 of the indictment. At a sentencing hearing scheduled on December 6, 2019, the court rejected the binding sentence agreement entered into by the parties pursuant to Fed. R. Crim. P. 11(c)(1)(C). On February 3, 2020, the parties entered into a new plea agreement pursuant to Fed. R. Crim. P. 11(c)(1)(B). On March 11, 2020, the defendant appeared before a magistrate judge and reaffirmed his intent to proceed with his previously entered plea of guilty. In a report and recommendation filed on March 11, 2020, the magistrate judge recommended that the court continue to accept defendant's plea of guilty. No objections were filed to the report and recommendation.

The court hereby adopts the Report and Recommendation of the magistrate judge (Doc. 50) that the defendant's guilty plea be accepted. The court again indicates that it accepts the defendant's plea of guilty to Count 1 of the indictment, and that the defendant is adjudged guilty on that count. The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: March 27, 2020                        s\James L. Graham
                                                James L. Graham
                                                United States District Judge